IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELKIMYA ABDELAZIZ,** : | |
| Petitioner, : | |
| v. : | |
|  | CIVIL ACTION 06-0747-WS-M |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, : | |
| : | |
| Respondents. | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this petition be DENIED and that this action be **DISMISSED**.

**DONE** this 28th day of September, 2007

                                                        s/WILLIAM H. STEELE
                                                        UNITED STATES DISTRICT JUDGE