IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELKIMYA ABDELAZIZ, | : |
| Petitioner, | : |
| v. | : |
| | : CIVIL ACTION 06-0747-WS-M |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : |
| | : |
| Respondents. | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Elkimya Abdelaziz.

**DONE** this 28th day of September, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE